AVTAR GREWAL / P-801899
Name and Prisoner/Booking Number

3A208 / 4th AVENUE JAIL
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 07 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

AVTAR GREWAL,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) DR. DAWN NOGGLE,
(Full Name of Defendant)

(2) DR. DAVID KIDWELL,

(3) MR. JEFFREY KIRCHLER,

(4) MARICOPA COUNTY LEGAL SYSTEM,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-02814-PHX-ROS--MHB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: ____________.

2. Institution/city where violation occurred: MARICOPA COUNTY LEGAL SYSTEM.

LET GLORIOUS U.S.A. CONSTITUTION BE HELD... AMEN!

## B. DEFENDANTS

1. Name of first Defendant: DR. DAWN NOGGLE. The first Defendant is employed as: DIRECTOR - CHS (Position and Title) at CORRECTIONAL HEALTH SERVICES. (Institution)

2. Name of second Defendant: DR. DAVID KIDWELL. The second Defendant is employed as: as: MENTAL HEALTH PROVIDER (Position and Title) at CHS-PSYCH WARD @ LBJ. (Institution)

3. Name of third Defendant: MR. JEFFREY KIRCHLER The third Defendant is employed as: LEAD COUNSEL IN MY CRI. CASE (Position and Title) at PUBLIC DEFENDER'S OFFICE (Institution)

4. Name of fourth Defendant: MARICOPA COUNTY. The fourth Defendant is employed as: ALL AGENCIES INVOLVED IN MY CASE (Position and Title) at MARICOPA COUNTY LEGAL SYSTEM (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed?________. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties:________________ v. ________________
   2. Court and case number:________________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)________________.

b. Second prior lawsuit:
   1. Parties:________________ v. ________________
   2. Court and case number:________________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)________________.

c. Third prior lawsuit:
   1. Parties:________________ v. ________________
   2. Court and case number:________________.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)________________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: RIGHT TO A BASIC MENTAL HEALTH CARE AND VIOLATIONS UNDER AMERICANS WITH DISABILITIES ACT...

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☑ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:__________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

COUNT I TO VI ARE ALL VERY MUCH PARTS OF THE SAME DIABOLICAL SCHEME UNDER WHICH I HAVE BEEN ABUSED BY THE DIFFERENT AGENCIES INVOLVED THRU-OUT MY DETENTION IN THIS CORRUPT/BROKEN/RACIALLY DRIVEN LEGAL SYSTEM OF MARICOPA COUNTY SINCE 9/14/2011. I HAVE BEEN SUFFERING FROM A BARRAGE OF MENTAL HEALTH ISSUES - SINCE 9/14/2011 CHS HAS MISERABLY FAILED TO PROVIDE ME MEANINGFUL & ADEQUATE MENTAL HEALTH TREATMENT. WHICH HAS ADVERSELY AFFECTED MY MH. FOR MORE THAN 6 YEARS I HAD BEEN HOUSED BY CHS IN ITS DESIGNATED MH POD P4 (DETAILS ON ADDITIONAL PAGES ADDED)

- SINCE 4/24/2018 CHS DIRECTOR DR. NOGGLE & MH PROVIDER DR. KIDWELL ACTED IN TOTAL BAD FAITH ... IST THESE QUACKS DISGRACED THEIR NOBLE MH PROFESSION BY TAKING AWAY ALL OF MH COPING MECHANISMS I HAD BEEN USING TO SELF-HELP FOR 6+ YEARS... WHEN I GRIEVED AGAINST THIS ABUSE & MALFEASANCE FOR 37 DAYS (4/24/18 - 5/30/2018)... IN ORDER TO STIFLE MY CRIES FOR HELP THESE GOONS & QUACKS VERY RUTHLESSLY PULLED OFF THE PLUG (OF MY BEING IN MH POD FOR 6 YEARS) BY THROWING ME INTO GENERAL POPULATION FROM MHU TO SUFFER MORE & DIE...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

THANKS TO THESE QUACKS - I AM A DEAD MAN RUNNING WITH MY MH DETERIORATING... STILL ME HOLDING THE FLAG OF THE GREAT FOREFATHERS OF AMERICA SEEKING JUSTICE... CITING IT AS MERE INJURY WILL BE A GROSS UNDERSTATEMENT... TO ME & TO THE GREAT FOREFATHERS.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No

c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __________.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: RIGHT TO RELIGION UNDER RELIGIOUS LAND USE & INSTITUTIONALIZED PERSONS ACT 42 U.S.C. §2000 CC.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☐ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☑ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: __________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

IN THE LAST 7 YEARS WITH CHS AND BEFORE THAT 4½ YEARS IN INDIAN JAIL WITH A BARRAGE OF UNADDRESSED MENTAL HEALTH ISSUES I SUFFER FROM EVERYDAY, LIFE DOES NOT MAKE ANY FREAKING SENSE TO ME THAT DESPITE OF ALL OF MY GOOD INTENTIONS OF 32+ YEARS HOW I ENDED UP FALLING INTO THIS GAPING BLACK HOLE?? BEING AUTISTIC MAKES IT MORE UNBEARABLE BECOZ I SUFFER FROM SENSORY OVERLOAD & SUFFOCATED TO DEATH. SO EVERYDAY IS AN INTENSE BATTLE BETWEEN LIFE AND DEATH - IN THE LAST 7+4½ YEARS THE BIGGEST COPING MECHANISM THAT I EVER USED TO DEAL WITH MY NEUROSIS; TO KEEP MY SANITY AND SPIRITUALITY (BOTH ARE 100% CONNECTED IN MY CASE) INTACT IN THIS TOXIC WASTE: WAS USING MY SINGLE CELL TO DO LOT OF MEDITATION & GOING INTO SPIRITUAL TRANCES KEEPING ME ALIVE ONE DAY AT A TIME BY LIVING BY SCRIPTURES IN 2 CORINTHIANS 4:16-18; THAT'S ALSO SERVING AS THE BEDROCK OF MY SINCERELY HELD RELIGIOUS BELIEFS. BY TAKING AWAY MY SINGLE CELL, CHS ON BEHALF OF THIS CORRUPT LEGAL SYSTEM HAS IMPOSED A SUBSTANTIAL BURDEN ON EXERCISE OF MY RELIGIOUS FAITH, SIMULTANOUSLY TAKING AWAY BIGGEST MH COPING MECHANISM; ALL WITH A GROSS MALICIOUS INTENT TO BREAK MY SPIRIT...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). SINCE 4/24/2018 CHS ON BEHALF OF THIS CORRUPT LEGAL SYSTEM HAVE INJURED MY SINCERELY HELD RELIGIOUS PRACTICES & SOUL INJURIES ARE MORE GRIEVOUS THAN ANY PHYSICAL INJURIES.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No

c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __________.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: DEPRIVATION OF RIGHT TO AN EFFECTIVE COUNSEL; ABUSING ME SYSTEMATICALLY FOR 7 YEARS ... SO AS DEPRIVE ME OF ALL OF MY RIGHTS UNDER U.S.A. CONSTITUTION

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

- ☐ Basic necessities
- ☐ Mail
- ☒ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other:________________________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

SINCE 9/14/2011 MARICOPA COUNTY CORRUPTED & RACIALLY CHARGED LEGAL SYSTEM ... IN ITS ABSOLUTE BAD FAITH SO AS TO SYSTEMATICA-LLY DEPRIVE ME OF ALL OTHER RIGHTS AS A PRETRIAL DETAINEE ESPECIALLY THE RIGHT TO SPEEDY + FAIR JURY TRIAL, DUE PROCESS OF LAW, NON-AFFLICTION OF CRUEL + UNJUST PUNISHMENT ETC. ETC. ... HAS PUT MR. JEFFREY KIRCHLER (WHO IS PLAYING THE APT ROLE OF AN ARCHETYPAL JUDAS) AS MY CASE'S LAWYER SINCE SEPT./2011. → IF MR. KIRCHLER HAD NOT BEEN AN ARCHETYPAL JUDAS, MY BELOVED WIFE AND FAMILY HAD GOTTON JUSTICE BEFORE 1/26/2014 UNDER THE RULE 8.2 (a)(4) OF ARI. RULES OF CRI. PROCEDURE... AND MY REVERED FATHER HAD NOT DIED WHILE FERVENTLY WAITING JUSTICE IN MY CASE. MR. KIRCHLER BEING THE BIGGEST ACCESSORY (15 ADDITIONAL PAGES ATTACHED HEREWITH) HAS NOT ONLY FACILITATED THIS ONGOING ORGANIZED/SYSTEMATIC/ILLEGAL BLACKMAIL AND ABUSE SINCE SEPT./2011 BUT ALSO IN THE PROCESS HAD SOLD HIS 3C'S - CONSCIENCE, CONSTITUTION AND CLIENT ESPECIALLY GODLY U.S.A. CON-STITUTION TO WHICH HE HAD ONCE TAKEN THE OATH OF ALLEGIANCE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

THANKS TO MR. KIRCHLER - MY FAITH IN GENERAL GOODNESS OF HUMANITY ESPECIALLY IN LAWYERS HAS BEEN INJURED. MR. KIRCHLER HAS ALSO INJURED THE SANCTITY OF U.S.A. CONSTITUTION IN THE PROCESS OF BEING A DEFENDER → BECOMING FIRST PRETENDER → AND EVENTUALLY AN OFFENDER.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No

b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SINCE 9/14/2011 I HAVE FERVENTLY TRIED TO SUBMIT MANY PLEADINGS IN THE HON'BLE COURTS OF 5 JUDGES SO AS TO OPEN THEIR EYES TO STOP THIS MISCARRIAGE OF JUSTICE; EVEN STOOD UP SEEKING MY RIGHT TO SPEEDY TRIAL

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

**COUNT ~~II~~ IV**

1. State the constitutional or other federal civil right that was violated: RACIAL PROFILING & MINORITY DISCRIMINATION ... CAUSING MENTAL ANGUISH & EMOTIONAL DISTRESS.

2. **Count ~~II~~ 4.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: DELIBERATE INDIFFERENCE DUE TO MY MINORITY/RACIAL STATUS

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

DUE TO MY ETHNICITY HERE I AM A MINORITY IN MARICOPA COUNTY LEGAL SYSTEM AND ALSO HAVING MENTAL DISABILIES (UNDER AMERICANS WITH DISABILITIES ACT) MAKES ME TOTAL OUTCAST IN THIS BROKEN LEGAL SYSTEM WHICH HAS BEEN ALREADY NOTORIOUS FOR RACIAL PROFILING. SINCE 9/14/2011 MANY* CONSCIENTIOUS AMERICANS HAVE TOLD ME THAT DUE TO MY MINORITY STATUS & MH DISABILITY I AM NOT ACCORDED ANY PROTECTION UNDER THE U.S.A. CONSTITUTION. HENCEFORTH WHITE COLLAR CRIMINALS IN THIS BROKEN SYSTEM; IN THEIR HUBRIS THINK THAT THESE GOONS HAVE BECOME BIGGER THAN GODLY U.S.A. CONSTITUTION AND ARE TAKING TURNS FURTIVELY VIOLATING ALL OF MY RIGHTS AS A PRETRIAL DETAINEE. THIS 7 YEARS OF STILL ONGOING EGREGIOUS & CAPRICIOUS ABUSE OF POWER IS VERY MUCH AGAINST AMERICAN VALUES, MORALS & STANDARDS ON WHICH THE GREAT JUDICIAL SYSTEM OF THIS COUNTRY WAS ORIGINALLY BUILT. ALL THESE YEARS I AM BEING SUBJECTED THIS 7 YEARS OF CRUEL & UNJUST PUNISHMENT PRIOR TO AN ADJUDICATION OF GUILT IN ACCORDANCE WITH DUE PROCESS OF LAW/VARIOUS BROAD GURANTEES UNDER THE 14th & 8th AMENDMENT IN U.S.A. CONSTITUTION (BECAUSE THE SAME STANDARD APPLIES IN MY PREDICAMENT).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

DENIAL OF THE RIGHT TO A SPEEDY + FAIR TRIAL > RIGHT TO AN EFFECTIVE COUNSEL > RIGHT TO DUE PROCESS OF LAW > RIGHT TO BASIC MH CARE ETC. - ALL TANTAMOUNT TO CRUEL & UNJUST PUNISHMENT INFLICTED ON ME WITH DELIBERATE INDIFFERENCE - ALSO SUGGESTIVE OF RACIAL PROFILING.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Count ~~II~~ 4? ☑ Yes ☐ No

c. Did you appeal your request for relief on Count ~~II~~ 4 to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. IN 7 YEARS I TRIED TO FILE PLEADINGS ... WHEN MY LAWYERS OBSTRUCTED THOSE ... I STOOD UP IN FRONT OF 5 HON'BLE JUDGES TO STOP ONGOING MISCARRIAGE OF JUSTICE ... SINCE 4/24/18 HAVE FILED SEVERAL GRIEVANCES AGAINST CHS ... NOW FILING THIS CIVIL RIGHTS COMPLAINT ... INSPITE OF RETALIATION TO STOP ME.

**COUNT ~~II~~ V**

1. State the constitutional or other federal civil right that was violated: VARIOUS BROAD GUARANTEES PROVIDED UNDER DUE PROCESS OF LAW CLAUSE IN U.S.A. CONSTITUTIONAL AMENDMENT 14...

2. **Count ~~II~~ V.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☒ Other: SYSTEMATIC ABUSE OF POWER..

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

DUE PROCESS CLAUSE IN THE U.S.A. CONSTITUTION IS ONE OF THE MOST ENDURING PILLARS AND MAINSTAY IN THE AMERICA'S GREAT JUDICIAL SYSTEM WHICH HAS BEEN OBSTRUCTED AGAIN AND AGAIN IN MY CASE, APPARENTLY IN BAD FAITH BY THE CORRUPT LEGAL SYSTEM OF MARICOPA COUNTY. LONG STORY CUT SHORT TO MAKE THE BEST USE OF THE LIMITED SPACE HERE :→ WAY BACK IN 2008-9 (AN OFFICER) MS. LYNN E. LEWIS FROM U.S. DEPT. OF JUSTICE VISITED MY FAMILY IN DELHI & PROMISED THEM THAT ONCE I GET EXTRADI-TED TO U.S.A. SOIL AND TELL U.S. LEGAL AGENCIES 100% TRUTH ABOUT WHAT HAPPENED ON, BEFORE 3/29/2007 → U.S. AGENCIES WILL DO AN INDEPENDENT/EXHAUSTIVE INVESTIGATION → EITHER THEY WILL CORRECT MY CASE'S CHARGES TO MANSLAUGHTER OR WILL GIVE ME A SPEEDY + FAIR TRIAL BY AN IMPARTIAL JURY → EITHER WAY MY BELOVED WIFE & FAMILY WILL GET JUSTICE SERVED IN MY CASE. → BUT THAT NEVER HAPPENED IN 7 YEARS... CORRECT LEGAL SYSTEM OF MARICOPA COUNTY IN ITS HUBRIS HAS NEITHER CORRECTED MY CASE'S CHARGES NOR HAS GIVEN ME ANY SPEEDY + FAIR TRIAL. → INSTEAD OF DUE PROCESS OF LAW WHAT I HAVE GOTTON SOFAR IS DUE PROCESS OF ORGANIZED/SYSTEMATIC/ILLEGAL BLACKMAIL & ABUSE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). IN THE LAST 7 YEARS THIS CORRUPT SYSTEM HAS INFLICTED SO MANY ATROCIOUS INJURIES ON ME, ESPECIALLY TO MY FAMILY; THE BIGGEST ONE WAS WHEN MY REVERED FATHER DIED DURING THIS STILL ONGOING BLACKMAIL OF 7 YEARS...

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No

b. Did you submit a request for administrative relief on Count ~~II~~ 5? ☒ Yes ☐ No

c. Did you appeal your request for relief on Count ~~II~~ 5 to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. SINCE 9/14/2011 I HAVE ALREADY STOOD UP IN THE HON'BLE COURTS OF 2 PRESIDING JUDGE & 2 CASE JUDGES FERVENTLY SEEKING JUSTICE AND MY RIGHTS AS A PRETRIAL DETAINEE...

## COUNT VI

1. State the constitutional or other federal civil right that was violated: LATEST ROUND OF CRUEL & UNJUST PUNISHMENT IS FOR FILING THIS CIVIL RIGHTS COMPLAINT...

2. **Count 6.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☑ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

IN THE LAST 7 YEARS I HAVE ALWAYS TRIED TO AVERAGE OUT MR. KIRCHLER (ARCHETYPAL JUDAS) WITH THE 2ND LAWYER IN MY CAPITAL CASE. IT JUST CAN'T BE A BAD COINCIDENCE; CORRUPT LEGAL SYSTEM HAS A TERRIBLE BAD HABIT OF REMOVING THE GOOD LAWYERS (I TRUSTED IN MY CASE) JUST CLOSE TO MY TRIAL, OBVIOUSLY IN TOTAL BAD FAITH SO AS TO BREAK MY SPIRIT SEEKING JUSTICE. LAST TIME IT WAS MR. JOSEPH STAZZONE (WHO SUDDENLY DISAPPEARED AFTER 4 YEARS ON MY CASE JUST CLOSE TO MY TRIAL IN OCT./2015) NOW THIS TIME IT IS MS. JENNIFER ROACH (WHO HAD REPLACED MR. STAZZONE 3 YEARS AGO) WHO WAS ABRUPTLY REMOVED FROM MY CASE ON 8/21/2018 JUST 84 DAYS TO MY CAPITAL CASE TRIAL. —IN THE LAST 7 YEARS I HAVE TRUSTED MR. STAZZONE & MS. ROACH TO THE POINT I ALWAYS IGNORED ALL THE MALFEASANCE OF MR. KIRCHLER (WHO WAS PLANTED AS ARCHETYPAL JUDAS BY THIS CORRUPT SYSTEM IN TOTAL BAD FAITH). ABRUPT REMOVAL OF MS. ROACH IS DONE WITH THE MALACIOUS INTENT: (A) TO STOP ME FILING THIS CIVIL RIGHTS COMPLAINT AGAINST THIS CORRUPT SYSTEM (B) TO JEOPARDIZE MY CAPITAL CASE TRIAL JUST 84 DAYS BEFORE IT STARTS ON 11/14/2018... ENDING ALL OF MY HOPE FOR A FAIR TRIAL.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

FIRST GOONS IN THIS CORRUPT SYSTEM ABRUPTLY THREW ME INTO GP ON 5/30/2018... NOW THE SAME GOONS TOOK AWAY MY ONLY GOOD LAWYER ON 8/21/2018. THESE ARE CAUSING TO ME MENTAL ANGUISH & EMOTIONAL DIS--TRESS TO SEE EITHER I GO TOTALLY INSANE OR COMMIT SUICIDE...

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Count 6? ☑ Yes ☐ No

c. Did you appeal your request for relief on Count 6 to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. IN THE LAST 7 YEARS I HAVE TRIED EVERY AVENUE POSSIBLE TO STOP THESE GOONS, NOTHING WORKED... SO I AM FILING THIS CIVIL RIGHTS COMPLAINT FERVENTLY SEEKING JUSTICE...

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I, AVTAR GREWAL HUMBLY PRAY TO THE HONORABLE COURT TO FIND THE CORRUPT LEGAL SYSTEM OF MARICOPA COUNTY ACCOUNTABLE FOR THE EGREGIOUS VIOLATION OF MY RIGHT TO SPEEDY + FAIR TRIAL BY AN IMPARTIAL JURY, RIGHT TO DUE PROCESS OF LAW, RIGHT TO AN EFFECTIVE COUNSEL AND FOR CRUEL & UNJUST PUNISHMENT WITH DELIBERATE INDIFFERENCE BECAUSE OF MY RACIAL/MINORITY/MENTAL HEALTH STATUS, HINDERING MY SINCERELY HELD RELIGIOUS PRACTICE + BELIEFS, DENIAL OF ADEQUATE MENTAL HEALTH CARE, SYSTEMATIC/ORGANIZED BLACKMAIL + ABUSE FOR 7 YEARS, BREAKING ALL THE PROMISES MADE BY U.S.A. DOJ/DIPLOMATIC CHANNELS/GOVT. TO GOVT. OF INDIA BEFORE MY EXTRADITION.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on SEPTEMBER 2ND/2018
DATE

Avtar
SIGNATURE OF PLAINTIFF
AVTAR GREWAL

WITH MY DEEPEST REGARDS AND FERVENT PRAYERS TO THE HON'BLE US FEDERAL COURT.

____________________
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

____________________
(Signature of attorney, if any)

____________________
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

-15 ADDITIONAL PAGES ARE RESPECTFULLY ATTACHED HEREWITH TO ELABORATE ON MY PREDICAMENT...

THANKS YOUR HONOR VERY MUCH.



IN THE HONORABLE U.S.A. FEDERAL DISTRICT COURT FOR THE DISTRICT OF ARIZONA

## OPENING PRAYER

VIA THESE 15 PAGES I, AVTAR GREWAL HAVE MADE A VERY HUMBLE, YET DESPERATE EFFORT TO SHOW THE HONORABLE U.S.A. FEDERAL COURT ONLY THE "TIP OF THIS ICEBURG" SUBSTANTIATING ALL THE COUNTS I TO VI; BECAUSE ALL OF THE 6 COUNTS I HAVE FILED HEREWITH HAS ONE SINGLE ROOT WHICH IS THE CORRUPT/RACIAL/BROKEN LEGAL SYSTEM OF MARICOPA COUNTY; SPREADING LIKE A CANCER OVER ALL OF THE AGENCIES INVOLVED IN MY DETENTION OF 7 YEARS (9/14/2011 – 9/14/2018)...

SUBMITTED RESPECTFULLY IN THE LARGER AND INDISPENSIBLE INTERESTS THE U.S.A. CONSTITUTION AND THE UNIVERSAL BILL OF RIGHTS AS THE BOTH WERE INSPIRED FROM THE MOST RIGHTEOUS ALMIGHTY "GOD"...

IN GOD WE TRUST. AMEN.

# MOST RESPECTFULLY SHOWETH

YOUR HONOR,

I, AVTAR GREWAL HEREBY STAND UP THE HONORABLE U.S.A. FEDERAL COURT GIVING A SYNOPSIS OF 7 YEARS OF STILL ONGOING ORGANIZED/SYSTEMATIC/ILLEGAL ABUSE, BLACKMAIL AND MALFEASANCE INVOLVING VARIOUS AGENCIES THROUGH-OUT OF DETENTION IN THE CORRUPT LEGAL SYSTEM OF MARICOPA COUNTY (WITH LATEST VILLAINS TO COME ONBOARD IS CHS DIRECTOR DR. DAWN NOGGLE ON 4/24/2018 AND FROM MARICOPA COUNTY PUBLIC DEFENDER'S OFFICE MS. JENNIFER ROCK, CAPITAL CASE SUPERVISOR ON AUGUST 21st/2018-DETAILS ON LATER PAGES):

## BASIC FACTS OF THIS ONGOING ABUSE

(1) I AM BEING PRESSED HARD TO CONSIDER MYSELF BEING ABUSED LIKE AN ANIMAL IN SOME ANCIENT ROMAN JAIL WITH NO CONSTITUTION, RULE OF LAW AND BILL OF RIGHTS...

(2) FOR THE LAST 7 YEARS I HAVE BEEN DETAINED BY CORRUPT LEGAL SYSTEM OF MARICOPA COUNTY (WITH ALL ITS NOTORIETY FOR ITS DUBIOUS DISTINCTIONS) FERVENTLY WAITING FOR THE MATERIZATION OF SUPPOSED TO BE SPEEDY TRIAL (JUSTICE DELAYED = JUSTICE DENIED)

(3) TO MAKE A RECORD WITH THE HON'BLE COURT SINCE 9/14/2011:

→ I HAVE NOT EVEN ONCE WAIVED MY

SPEEDY TRIAL RIGHTS ... KNOWINGLY, WILLFULLY OR INTENTIONALLY ...

(4) I WAS ARRAIGNED ON 9/21/2011 HERE. MY CASE INITIALLY STARTED AS A COMPLEX CASE ... UNDER THE ARI. RULES OF CRIM. PROC. A COMPLEX CASE SHOULD BE TRIED WITHIN 270 DAYS FROM DATE OF INITIAL ARRAIGNMENT ...

(5) On 1/26/2012 MARICOPA COUNTY DISTRICT ATTORNEY'S OFFICE FILED VERY PASSIONATELY A NOTICE TO SEEK THE DEATH PENALITY UNDER ARI. RULES OF CRI. PRO. RULE 15.1. SO AS PER RULE 8.2(a)(4) OF THE SAME RULES, THE HONORABLE COURT HAD MUST TRIED ME NO LATER THAN 24 MONTHS AFTER 1/26/2012. SO MY SUPPOSED TO BE TRIAL DATE WAS NO LATER THAN 1/26/2014 i.e.- MORE THAN 4½ YEARS AGO;

(6) IN JANUARY 2013 LEARNED PROSECUTOR MR. KALISH SENT ME THEIR FIRST ORAL THREATENING MESSAGE IRONICALLY THROUGH MY OWN SUPPOSED TO BE DEFENSE COUNSEL (LEARNED PERSEUTOR BEHAVING LIKE A BIG GOON AND POOR MR. KIRCHLER LIKE A SMALL GOON DOING BIG GOON'S DIRTY WORK WITH NONE OF HIS OWN BRAINS AND SPIRITUAL BELLS) THAT THESE GOONS WILL ONLY REMOVE DEATH PENALITY IN MY CASE IF I SIGN SOME IGNORANT UNJUST PLEA UNDER THESE GOONS PRESSURE, OBVIOUSLY WITH SOME UNJUSTLY TRUMPED-UP CHARGES. SINCE APRIL 2007 I HAVE SEEN THIS IS HOW CRIMINALS WORK

IF I DO NOT SIGN ANYTHING UNDER THEIR PRESSURE, THESE GOONS WILL KILL ME. SO I REPLIED TO THESE WHITE COLLAR CRIMINALS ... KILL ME ASAP AND SATISFY YOUR PATHETIC/SICK EGOS ...

(7) WHEN I DID NOT RELENTED TO THESE GOONS' ORGANIZED/SYSTEMATIC/LEGAL BLACKMAIL, THEN WITHIN NEXT ONE YEAR THESE GOONS ORGANIZED A NAME SAKE LOUSY SETTLEMENT HEARING IN WHICH THEY OFFERED ME TO REDUCE FIRST DEGREE FELONY MURDER CHARGE TO THE 2ND DEGREE IF SIGN PLEA ...

(8) POINT NO. 7 AND 8 PROVES BY THEIR OWN NEFARIOUS ACTIONS THAT THESE GOONS HAD OVERCHARGED ME WITH THE MALACIOUS INTENT TO BLACKMAIL ME & MY FAMILY TO SIGN SOME PLEA WITH UNJUSTLY TRUMPED-UP CHARGES. AND THE WHOLE EMPTY THREAT OF DEATH PENALITY WAS TO DELAY MY CASE'S TRIAL FOR ANOTHER 24 MONTHS UNDER THE RULE 8-2(a)(4) OF ARI. RULES OF CRIM. PROC. SO AS TO USE THOSE 24 MONTHS TO BLACKMAIL ME AND MY FAMILY TO SIGN IGNORANT PLEA UNDER THE THREAT OF DEATH.

(9) THESE GOONS COULD NOT KILL ME BUT THESE GOONS HAS CERTAINLY LED TO MY FATHER'S DEATH IN OCT./2016. I COULD HAD EASILY BOUGHT FREEDOM IN THIS CASE IN 2010 AND HAD NEVER COME BACK TO U.S.A. LIKE SOME OTHERS LIKE THE ITALIAN DRUG LORD MARCO DID WHO NEVER CAME

BACK TO U.S.A. BUT I LISTENED (5) TO MY CONSCIENCE AND DUTIFULLY CAME BACK TO U.S.A. FULFILLING THE HOLY SCRIPTURES IN MATTHEW 7:13-14. AND I HAVE PAID A HUGE PRICE TOO; IF THESE GOONS INSTEAD OF BLACKMAILING ME AND MY FAMILY HAD DONE THEIR JOB; EITHER HAD CORRECTED MY CASE'S CHARGES OR HAD GIVEN MY A SPEEDY & FAIR TRIAL; MAY BE MY FATHER HAD NOT DIED WHILE FERVENTLY WAITING FOR JUSTICE IN THIS CASE. ON THE JUDGEMENT DAY I WILL HOLD THIS CORRUPT, APPARENT SYNDICATE OF THE WHITE COLLAR CRIMINALS FOR 1ST DEGREE FELONY MURDER OF MY REVERED FATHER BECAUSE MY FATHER DIED WHILE THIS STILL ONGOING BLACKMAIL OF 7 YEARS. THESE GOONS HAVE ALSO INFLICTED A CRUEL AND UNJUST PUNISHMENT ON ME AND MY FAMILY WHICH IS ALSO VIOLATION OF U.S.A. CONSTITUTION. IT WILL BE DOUBLE VIOLATION BECAUSE THIS CRUEL AND UNJUST PUNISHMENT INFLICTED PRIOR TO AN ADJUDICATION OF GUILT WITH DUE PROCESS OF LAW UNDER THE 14th AMENDMENT IN THE U.S.A. CONSTITUTION.

(10) ARCHETYPAL JUDAS (MY CASE'S LEAD COUNSEL MR. JEFFERY KIRCHLER) WAS PURPOSELY PLANTED IN MY CASE IN SEPT./2011 IN TOTAL BAD FAITH BY THIS CORRUPT SYSTEM TO DENY ME RIGHT TO AN EFFECTIVE COUNSEL AND TO MALACIOUSLY DEPRIVE ME OF ALL PRETRIAL DETAINEE'S RIGHTS SUCH AS RIGHT TO A SPEEDY

AND FAIR TRIAL BY AN IMPARTIAL JURY, (6) DUE PROCESS OF LAW, NON INFLICTION OF CRUEL AND UNJUST PUNISHMENT. FROM DAY ONE MR. KIRCHLER HAS SOLD HIS 3C'S - CONSCIENCE, CONSTITUTION AND CLIENT. MR. KIRCHLER HAS CREATED A BIG MESS IN MY CASE. BEING A CHRISTIAN DUE TO SPIRITUAL REASONS I COULD NOT FIRE HIM → BEING CHRISTIAN IS TO BE CHRIST LIKE → FOLLOWING CHRIST'S FOOTSTEPS AND CARRYING MY OWN CROSS → CHRIST DID NOT FIRE JUDAS FROM APOSTLESHIP THEN HOW CAN I FIRE THIS ARCHETYPAL JUDAS IN MY CASE? LIKE CHRIST I ALSO LOVE THIS JUDAS.

(11) SO IN THE LAST 7 YEARS I ALWAYS RELIED ON MY 2ND LAWYER TO AVERAGE OUT THE TRANGRESSIONS OF MR. KIRCHLER. FIRST 3+ YEARS THE ONLY GOOD LAWYER I COULD HAD COUNTED ON FOR SEEKING JUSTICE WAS MR. JOSEPH A. STAZZONE WHO WAS MY CASE'S LEAD COUNSEL WHO ABRUPTLY IN DUBIOUS CIRCUMSTAN--CES RETIRED JUST BEFORE MY CASE'S TRIAL IN OCT 2015 LEAVING LOT OF QUESTIONS BUT NO PLAUSIBLE ANSWERS. IT WAS LIKE THE CAPTAIN OF A BATTLESHIP SUDDENLY DISAPP--EARING JUST BEFORE THE BATTLE. IN OCT 2015 MR. STAZZONE WAS REPLACED BY MS. JENNIFER ROACH. SO LONG STORY CUT SHORT MR. STAZZONE & MS. ROACH WERE BOTH HARDWORKING & DILIGENT LAWYERS.

(12) * ON 8/21/2018 MS. JENNIFER ROCK WHO IS CAPITAL CASE SUPERVISOR @ THE

MARICOPA COUNTY'S PUBLIC DEFENDER'S (7)

OFFICE IN HER VERY FIRST LEGAL VISIT EVER TO ME DROPPED ANOTHER BOMBSHELL ON MY HEAD (ALREADY GRIEVOUSLY INJURED FROM THEIR EARLIER ATTACKS) ON BEHALF OF CORRUPT LEGAL SYSTEM OF MARICOPA COUNTY THAT THEIR OFFICE HAS SUDDENLY DECIDED TO CHANGE MS. ROACH (THE ONLY GOOD LAWYER I HAD ON MY CASE SINCE OCT./2015) ... SEEING THIS ONGOING ABUSE & MALFEASANCE OF 7 YEARS I CAN EASILY SEE A PATTERN HERE... SO I MAKE 2 INFERENCES FROM THIS LATEST ATTACK ON ME & THE U.S.A. CONSTITUTION:

(A) MS. ROACH WAS REMOVED WITH A MALICIOUS INTENT TO JEOPARDIZE MY TRIAL IN THIS CAPITAL CASE WHICH IS SUPPOSED TO START WITHIN 84 DAYS i.e - 9/14/2011. IT JUST CAN NOT BE JUST A BAD COINCIDENCE BOTH OF MY GOOD LAWYERS FIRST MR. STAZZONE (2012-OCT. 2015), NOW MS. ROACH (OCT. 2015 - 8/21/2018) WERE REMOVED ABRUPTLY FROM MY CASE JUST BEFORE MY TRIAL IN A CAPITAL CASE STARTING. MS. ROACH WAS THE PERSONIFIC-ATION OF TRUE SPIRITED AMERICANS (HONEST HARDWORKING, JUSTICE ORIENTED GODLY PEOPLE) WHICH I HAD ALWAYS ENVISIONED BEFORE COMING TO THIS PROMISED LAND. I CAN'T COUNT ON MR. KIRCHLER WHO IS A SPIRITUAL LOSER, WHO HAS SOLD HIS 3Cs - CONSCIENCE, CLIENT & CONSTITUTION.

SUDDEN REMOVAL OF MS. ROACH AT SUCH A CRUCIAL STAGE WILL COMPLETELY JEOPARDIZE ALL THE CHANCES OF ME GETTING JUSTICE IN THIS CASE.

*(B) THE 2ND INFERENCE I CAN MAKE OF IT THAT MS. ROACH WAS REMOVED IN RETALIATION TO BREAK MY SPIRIT & MY UNWAVERING FAITH IN THE SANCTITY OF U.S.A. CONSTITUTION. COUPLE OF WEEKS AGOS I HAD EXHAUSTED ALL THE ADMINISTRATIVE REMEDIES BY TAKING MY VALID GRIEVANCES TO THE TOP LEVEL TWICE. SO I DECIDED TO FILE THIS CIVIL RIGHTS COMPLAINT AGAINST THIS ONGOING ABUSE, CORRUPTION AND MALFEASANCE AND JUST OUT OF MY PLAIN GOODWILL I HAD SHOWED THE ROUGH DRAFT OF THIS COMPLAINT TO BOTH OF MY LAWYERS & THE CHS MH STAFF ... JUST TO GIVE THEM HEADS UP SO THEY STOP ABUSING ME BY TAKING TURNS FURTIVELY ... AND ALSO TO TELL THEM THAT BEING A CONSTRUCTIVE PERSON I HATE FILING GRIEVANCES & LAWSUITS ... BUT NOW I AM BEING ABUSED TO THE POINT WHERE I AM MADE TO FILE CIVIL RIGHTS COMPLAINT SO THAT THESE GOONS DO NOT ABUSE RECKLESSLY THE NEXT PERSON AND HIS/HER FAMILY ... TO STOP THEIR EVER BALOONING HUBRIS THAT THESE GOONS HAVE NOT BECOME BIGGER THAN GODLY U.S.A. CONSTITUTION.

(13) * NOW LETS GO LITTLE RETROSPECTIVELY TO SHOW YOUR HONOR WHAT WAS MY BREAKING POINT WHEN I STARTED THINKING TO FILE THIS CIVIL RIGHTS COMPLAINT... IT STARTED ON 4/24/2018 WHEN CHS TOOK AWAY ALL OF MY COPING MECHANISMS TO

MAKE THINGS MORE CLEAR ... OVER THE YEARS AFTER EXTENSIVE PSYCHO-METRIC TESTING & BRAIN SCANNING BY VARIOUS PRIVATE MENTAL HEALTH EXPERTS I HAVE BEEN DIAGNOSED BY A BARRAGE OF MENTAL HEALTH ISSUES SUCH AS CHRONIC DEPRESSION, DEBILITATING ANXIETY DISORDER, PERSISTENT P.T.S.D., SPORADIC SUICIDE IDEATIONS AND LIFE-LONG STRUGGLES WITH AUTISM SPECTRUM DISORDER ETC. SO SINCE CORRECTIONAL HEALTH SERVICES (ONLY CORRECTIONAL IN THEORY; IN REAL PRACTICE IT IS CORRUPTED HEALTH SERVICES) SEEING MY BAD MENTAL HEALTH HAD HOUSED ME IN ITS DESIGNATED MENTAL HEALTH UNIT P4A @ LBJ FACILITY UNDER MCSO FOR MORE THAN 6 YEARS SINCE 9/14/2011...

(A) → NEVERTHELESS OVER THE COURSE OF 7 YEARS, CHS HAS A LONG PATHOLOGICAL HISTORY OF FRADULENTLY DOWNPLAYING THE SEVERITY OF MY MH PROBLEMS BY FABRICATING FAKE MENTAL PLANS AND CHARTS WHICH ONLY LOOK GOOD ON THE PAPER RECORDS; NOT IN ACTUAL REALITY. IN ACTUALITY CHS DOES NOT CARE AT ALL, THEY NEGATE THE MULTITUDE OF MY MH PROBLEMS SO THAT THEY DO NOT HAVE TO ADDRESS THEM. THIS KIND OF (ON PAPER ONLY) TREATMENT IS A CRUEL SCANDAL TO PATIENTS & TO THE POOR TAXPAYERS' TOO WHOSE HARD EARNED RESOURCES CHS IS SQUANDERING BY ITS HUGELY CORRUPTED STAFF...

(B) → UNTIL 4/24/2018 CHS IGNORED THE GRAVITY OF MY MH ISSUES AND I TOO IGNORED

THE RAMPANT CORRUPTION IN CHS: I (10)

ALWAYS KEPT QUITE IN MY LOYALITY TO THE GOOD CHS STAFF MEMBERS SUCH AS DR. RICHARD HURT, COUNSELOR MR. SIDNEY OGINO & COUNSOLOR MR. STEVE ROY WHO ALWAYS TRIED TO HELP IN THE BEST WAY THEY COULD DESPITE THE DYSFUNCTIONAL CHS. I ALSO KEPT QUITE FOR 6+ YEARS BECAUSE CHS HAD HOUSED ME IN A SINGLE CELL IN ITS DESIGNATED MH UNIT-P4A @ LB7 FOR 6 YEARS ... INSTEAD OF RELYING ON DYSFUNCTIONAL CHS, OVER THE YEARS AT P4A (ALWAYS IN A SINGLE CELL) I HAD DEVISED MY OWN COPING MECHANISMS (BIGGEST ONE WAS TO DO LOT OF MEDITATION AND GOING INTO SPIRITUAL TRANCES; LIVING MY LIFE ONE DAY AT A TIME AS PER HOLY SCRIPTURES IN 2 CORINTHIANS 4:16-18) TO COMPENSATE FOR MY MH PROBLEMS.

(C)→ TO MAKE MY PREDICAMENT MORE UNBEARABLE * CHS ABRUPTLY STARTED TAKING ALL OF MY MH COPING MECHANISMS ONE AFTER ANOTHER ON 4/24/2018 SUCH AS:→

- A SINGLE CELL WHICH I HAD BEEN USING TO DO LOTS OF MEDITATION, GOING INTO SPIRITUAL TRANCES, DOING VARIOUS MH THERAPEUTIC EXERCISES
- MY PSYCHOLOGIST DR. RICHARD HURT WHO HAD BEEN GIVING ME WEEKLY THERAPY SESSIONS FOR 6+ YEARS WHILE IN P4A-MHU.
- TWICE A DAY 3HRS DAY ROOM WHICH ALSO HELPED ME IN PRACTICING MY LIFE-LONG RELIGIOUS BELIEFS TO TAKE MORNING SHOWER EVERYDAY BEFORE DOING MEDITATION;

→ EVERYDAY 1 HOUR RECREATION UNDER THE SUN (SCIENTIFICALLY SUN LIGHT IS VERY THERAPEUTIC);

→ A LICENSED MH COUNSELOR (SINCE 9/14/2011 FOR THE FIRST FEW YEARS IT WAS MR. SIDNEY OGINO AND IN THE LAST COUPLE OF YEARS IT WAS MR. STEVE ROY) ORGANIZING MH THERAPEUTIC GROUPS, ONE ON ONE COUNSELING SESSIONS, GIVING VARIOUS MH ASSIGNMENTS FOR 5 DAYS EVERY WEEK; ETC. ETC. ALL IN P4A-MHU

* THEN ON 4/24/2018 THIS PERIOD OF UTTER DARKNESS DESCENDED FROM 4/24/2018 - 5/30/2018 WITH ALL OF MY MH COPING MECHANISMS BEING TAKEN AWAY FROM ME I DOWN-SPIRALED INTO A MENTAL HEALTH CRISIS;

(D) → FOR FULL 37 DAYS (4/24/2018 - 5/30/2018) ALMOST EVERYDAY:

* I WROTE SEVERAL VALID GRIEVANCES DESPERATELY SEEKING HELP ABOUT MY BEING IN SEVERE MH CRISIS;
* SOMETIMES FEW TIMES WITIN THE SAME DAY I ASKED TO SEE DR. DAVID KIDWELL WHO WAS MY DESIGNATED CHS MENTAL HEALTH PROVIDER;
* PRESSED EMERGENCY BUTTON FEW TIMES IN MY DEBILITATING PANIC ATTACKS & PERSISTENT SUICIDE IDEATIONS.

NEITHER DR. KIDWELL SHOWED UP NOR ANY MEANINGFUL HELP CAME IN FOR THE FULL 37 DAYS; IRONICALLY I WAS STILL HOUSED IN DESIGNATED MHU.

* NEW COUNSELOR MR. ANTHONY, THE GANSTER TOLD IF I NEED MY SINGLE CELL BACK TO MEDITATE I SHOULD FIGHT WITH MY CELLMATE.

(E) → DURING THOSE 37 DAYS A VERY TRUSTED CHS STAFF MEMBER GAVE ME THE CHS INSIDE INFO. (OBVIOUSLY OFF THE RECORD) THAT I WAS BEING TARGETED SPECIFICALLY BY CHS DIRECTOR DR. DAWN NOGGLE & HER CRONIES

BECOZ DR. NOGGLE WAS GETTING LOT OF POLITICAL PRESSURE TO HARASS ME AND IN THE PROCESS EVENTUALLY THROW ME INTO GP SOTHAT I LOOSE MY FRAGILE MENTAL BALANCE → STOP ASKING FOR MY CASE'S TRIAL AND END UP SIGNING SOME IGNORANT PLEA UNDER THESE GOON'S PRESSURE.

* FIRST I COULD NOT BELIEVE THAT ... BUT LATER ON DR. NOGGLE'S INVOLVEMENT IN THIS NEFARIOUS DESIGN WAS PROVED BY 4 INCIDENTS :-

(I) FROM 4/24/2018 - 5/2/2018 ... EVERY OTHER INMATE EXCEPT ME IN P4A DUBIOUSLY GOT THEIR SINGLE CELL BACK ONE AFTER ANOTHER;

(II) WHEN I RAISED THE ONGOING DISCRIMINATION & MALFEASANCE TO NEW COUNSELOR MR. ANTHONY MANY A TIMES HE ALWAYS TOLD ME THAT "HE CANNOT DO ANYTHING BECOZ PRESSURE IS COMING FROM THE TOP".

(III) DR. DAVID KIDWELL NEVER SHOWED UP IN 37 DAYS.

(*) (IV) → ON THE 37th DAY I GOT MY FINAL CONFIRMATION ABOUT DR. NOGGLE & DR. KIDWELL BEING DIRTY WHEN CHS TOUCHED ITS NEW LOWS; IN TO STIFLE MY DESPERATE CRIES FOR HELP, CHS RECKLESSLY WITH DELIBERATE INDIFFERENCE ... SUDDENLY PULLED OFF THE PLUG OF 6+ YEARS OF BEING IN MENTAL HEALTH UNIT BY KICKING ME (LIKE AN ABUSED ANIMAL WITH NO RIGHTS) OUT OF MHU-P4A @ LBJ TO THROW ME IN UTTER CHAOS OF GENERAL POPULATION @ 4th AVE. JAIL SO AS TO PURPOSEFULLY MAKE ME SUFFER MORE & EVEN DIE WITHOUT ANY TRIAL.

(F) → SINCE I HAVE GOTTON INTO GP ON 5/30/2018 I FEEL TOTALLY LOST + OVERWHELMEND IN THIS UTTER CHAOS OF GENERAL POPULATION. WITH ALL OF MY MH ISSUES GOING UNADDRESSED...

(13)

→ BEING AUTISTIC I FEEL CONTINUOUSLY BOMBARDED WITH SENSORY OVERLOAD WITH UNBEARABLE NOISES SMELLS AND NEGATIVE VIBES LIKE DRILLING MACHINES DRILLING INTO MY HEAD WITHOUT A BREAK;

→ LOT OF TIMES I FEEL MYSELF BEING SUFFOCATED TO MY DEATH BECOZ I FEEL IF I TRY TO BREATHE IN ALL THE EXTREME NEGITIVITY AROUND ME THAT WILL POLLUTE MY SOUL ... SO I CAN NOT EVEN BREATHE;

→ SO MANY TIMES I GET DEBILITATING PANIC ATTACKS THAT I WILL NEVER GET A FAIR TRIAL IN THIS HOPELESSLY BROKEN LEGAL SYSTEM;

→ WITH ALL KINDS OF NEGITIVITY, ABUSE, CORRUPTION, MALFEASANCE & UTTER HOPELESSNESS I FEEL NERVOUS TO THE POINT THAT I FEEL MY HEART WILL BURST OUT OF MY CHEST AND FALL ON THE THE DIRTY FLOOR BEFORE ME & ALL THE GOONS ON BOTH SIDES OF THIS BROKEN SYSTEM TRAMPLING RELENTLESSLY OVER MY FLUTTERING HEART LIKE A FISH WITHOUT WATER;

→ EVERYTIME I GO INTO THE CHAOS OF DAY-ROOM WHEN I SEE THE TOP TIER I FEEL DESPERATE TO JUMP FROM IT & END MY LIFE WHICH DOES NOT MAKE ANY FREAKING SENSE TO ME HOW I ENDING UP FALLING INTO THIS TOXIC WASTE DESPITE ALL OF MY GOOD INTENTIONS OF 32+ YEARS;

→ THEN IN BETWEEN I GET PUMMELED WITH TRAUMATIC FLASHBACKS ON WHICH I HAVE 0% CONTROL OVER; COMPLETELY ZONE ME OUT INTO A TOTALLY LOST WORLD KILLING ME FROM INSIDE...

(G) → SINCE I HAVE GOTTON HERE INTO GP ON 5/30/2018 I

★ HAVE EXHAUSTED THE WHOLE GRIEVANCE PROCESS TWICE BY GOING TO THE TOP LEVEL. AS PER MY FIRST HAND EXPERIENCE SINCE 4/24/2018 SO FAR THE

WHOLE GRIEVANCE PROCESS IS A PERFUNCTORY (14) RIGGED SCAM WITH MANY ROADBLOCKS OBSTRUCTING TO REACH NOWHERE.

* MY MOST VALID QUESTION HERE *

WHO WILL LISTEN TO MY VALIDMOST GRIEVANCES IN THIS HOPELESSLY BROKEN SYSTEM WHEN THE SYSTEMATIC CORRUPTION HAS APPARENTLY META-STASIZED LIKE A MALIGNANT CANCER SPREADING ITSELF TO THE TOP ECHELONS OF MARICOPA COUNTY LEGAL SYSTEM AND ITS RELATED AGENCIES ?? DR. NOGGLE, DR. KIDWELL, MS. ROCK & MR. KIRCHLER ARE JUST FEW OF THE CANCER INFECTED ORGANS OF THIS MONSTROUS LEGAL SYSTEM OF MARICOPA COUNTY. THERE ARE MANY MORE...

## CONCLUSION

→ ALL THE CONTINUANCES IN MY CASE'S TRIAL IN THE LAST 7 YEARS WAY BEYOND THE STIPULATED TIME LIMIT FOR A SPEEDY TRIAL ESTABLISHED BY THE RULE 8 OF ARI. RULES OF CRIM. PROCEDURE WERE LAME/FRIVOLOUS/TANGENTIAL/DIALATORY - ALL WERE TAKEN IN TOTAL BAD FAITH BY THE APPARENTLY ILLEGITIMATE COLLUSION BETWEEN MY CORRUPTED DEFENSE COUNSEL MR. KIRCHLER & EQUALLY CORRUPTED CASE PROSECUTORS → AS A PART OF STILL ONGOING DIABOLICAL SCHEME OF THE ORGANIZED, SYSTEMATIC & ILLEGAL BLACKMAIL TO DENY MY OF ALL RIGHTS ESPECIALLY THE RIGHT TO A SPEEDY & FAIR TRIAL BY AN IMPARTIAL JURY, DUE PROCESS OF LAW AND NON-AFFLICTION OF CRUEL & UNJUST PUNISHMENT;

I VERY FERVENTLY PROTESTED TO ALL THESE CONTINUANCES BY STANDING IN FRONT 5 HON'BLE JUDGES... EVEN TRIED TO FILE PLEADINGS TO STOP THIS ABUSE

→ THE SUDDEN DISAPPEARANCE OF BOTH OF THE GOOD LAWYERS IN MY CASE VIZ. MR.

[illegible] & MS. ROACH (BOTH AFTER WORKING DILIGENTLY ON MY CASE FOR AVG. OF 3 YEARS) UNDER DUBIOUS CIRCUMSTANCES WITHOUT PLAUSIBLE EXPLANATIONS AND THAT TOO JUST BEFORE MY CASE'S IMPENDING TRIAL. THIS IS A BLATANT VIOLATION OF MY RIGHT TO AN EFFECTIVE COUNSEL AND ALSO OPENLY JEOPARDIZING MY REMOTE CHANCES TO HAVE A FAIR TRIAL IN THIS HOPELESSLY CORRUPTED LEGAL SYSTEM OF MARICOPA COUNTY...

→ DR. NOGGLE, DR. KIDWELL, MS. ROCK AND MR. KIRCHLER HAVE DISGRACED THEIR RESPECTIVE PROFESSIONS BY BREAKING THEIR OATHS. WHO WILL BE RESPONSIBLE IF I GO OUTRIGHT INSANE OR COMMIT SUICIDE WHILE DESPERATELY SEEKING ANY HELP WITH LOSING ALL THE HOPE OF A FAIR TRIAL??

→ ALSO VERY BRIEFLY, CORRUPTED LEGAL SYSTEM OF MARICOPA COUNTY SHOULD BE HELD RESPONSIBLE FOR:

* EGREGIOUS VIOLATION OF ALL OF MY RIGHTS AS A PRETRIAL DETAINEE PROMISED BY U.S.A. CONSTITUTION;
* CRUEL AND UNJUST PUNISHMENT CAUSED WITH DELIBERATE INDIFFERENCE PRIOR TO AN ADJUDICATION OF GUILT IN ACCORDANCE WITH DUE PROCESS OF LAW BECOZ OF MY RACIAL AND MINORITY STATUS HERE;
* DELIBERATE HINDERANCE TO EXERCISE MY SINCERELY HELD RELIGIOUS PRACTICES & BELIEFS VIOLATING RELIGIOUS LAND USE & INSTITUTIONALIZED PERSONS ACT 42 U.S.C.
* DENIAL OF BASIC MENTAL HEALTH CARE VIOLATING THE AMERICANS WITH DISABILITIES ACT...
* RETALIATION IN ORDER TO STOP ME FILING THIS CIVIL RIGHT COMPLAINT WITH THE HON'BLE FEDERAL COURT.

SUBMITTED WITH MY DEEPEST REGARDS & FERVENT PRAYERS,

YOURS UTMOST SINCERELY,

SEPT. 2ND/2018

AVTAR GREWAL

# MARICOPA COUNTY SHERIFF'S OFFICE

## CERTIFICATION

I hereby certify that on this date **September 4, 2018** ______________

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

√ Hon ______________ United States District Court, District of Arizona.

___ Hon ______________ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, ______________

___ Judge ______________ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona ______________

___ Public Defender, Maricopa County, State of Arizona ______________

___ Attorney ______________

___ Other ______________

___ ______________

___ ______________

[signature] B1300

Legal Support Specialist Signature S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009