P801899

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
LOWER BUCKEYE JAIL
3250 WEST LOWER BUCKEYE ROAD
PHOENIX, AZ 85009

Am

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 10
Phoenix, AZ 85003

RECEIVED
SEP 07 2018
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

